■ IRENE ATKINS, Respondent, v. ERNEST HARTMAN, Appellant.— ■ Memorandum: We affirm only upon the stated ground that the verdict was against the weight of the credible evidence. The other assigned reason that the jury did not understand the charge has no validity. (Appeal by defendant from order of Cattaraugus Trial Term setting aside a verdict and granting a new trial upon the grounds that the verdict in favor of plaintiff and against the defendant was insufficient in amount, in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ ANTHONY J. ZOCCALI, JR., by ANTHONY J. ZOCCALI, SR., His Guardian ad Litem, Respondent, v. ERNEST HARTMAN, Appellant.— Same decision and like cause of action as in companion case of Atkins v. Hartman (15 A D 2d 865).

■ ELIZABETH A. N. BRIGHAM, Appellant, v. FORD MOTOR COMPANY, Respondent.— Judgment and order unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment and order of Oneida Trial Term dismissing the complaint on motion by defendant at the close of plaintiff's case.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ EDNA KEEGAN, Appellant, v. EUGENE T. GASCON, Respondent.— Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Monroe Trial Term for defendant for no cause of action, in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of the Accounting of GENESEE VALLEY UNION TRUST COMPANY, as Trustee under Trust Executed by ADELE H. CLARK, Respondent. LOWELL H. MACMILLAN, as Executor of JENNIE H. MACMILLAN, Deceased, Appellant; ROCHESTER INSTITUTE OF TECHNOLOGY, Respondent.— Order insofar as appealed from unanimously affirmed, with costs to all parties filing briefs payable out of the trust fund. (Appeal from certain parts of a final order of Monroe Special Term which dismissed the answer and objections filed by said respondent and approved the account and determined that certain Kodak stock was principal and not income.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ. [29 Misc 2d 253.]

■ HELEN V. MACLARTY, Respondent, v. LEO LORTZ, Appellant.— Judgment unanimously reversed on the law and facts, without costs of this appeal to either party, and a new trial granted, on the ground that the verdict was against the weight of evidence. (Appeal from judgment of Monroe Trial Term for plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ DON MACLARTY, Respondent, v. LEO LORTZ, Appellant.— Same decision and like cause of action as in companion case of MacLarty v. Lortz (15 A D 2d 865).

■ CHARLOTTE M. HUNT, Respondent, v. G. C. MURPHY COMPANY, INC., et al., Appellants.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ MARY J. TIRONE, Respondent, v. ROGER TIRONE, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of CASPER O. MEISENZAHL et al., Appellants, v. FRANK MCAVOY et al. Constituting the Board of Zoning Appeals of the Town of Henrietta, Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.